B3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO)

In re:  AFRICA N. WARREN

Case No.

Chapter   7

Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee. *

$ __$76.50__    Check one:  ☐ With the filing of the petition, or
                            ☑ On or before ___2/21/2013___

$ __$76.50__    on or before ___3/22/2013___

$ __$76.50__    on or before ___4/19/2013___

$ __$76.50__    on or before ___5/17/2013___

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| /s/ Norman P. Goldmeier | 1/21/2013 | /s/ AFRICA N. WARREN | 1/21/2013 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor<br>(In a joint case, both spouses must sign.) | Date |

**Norman P. Goldmeier**
Name of Attorney

Signature of Joint Debtor (if any)    Date